IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANET PHONGSA, INNOCENT OBI, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 13-cv-5571 |
| ) | |
| JPMORGAN CHASE BANK, N.A., ) | Judge James B. Zagel |
| CHASE HOME FINANCE, LLC, GN ) | Magistrate Judge Geraldine Soat Brown |
| MORTGAGE LLC, MERS, PIERCE & ) | |
| ASSOCIATES, SCHWARTZ WOLF & ) | |
| BERNSTEIN, SUSY CHERIAN, WOLF ) | |
| DANIEL A., ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE STATEMENT FOR DEFENDANT JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC**

Defendant JPMorgan Chase Bank, N.A., for itself and as successor by merger to Defendant Chase Home Finance LLC, makes the following disclosures under FRCP 7.1 and LR3.2:

1. JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. No entity owns more than five percent of JPMorgan Chase and Co.'s stock.

2. As of May 1, 2011, Chase Home Finance LLC was merged into JPMorgan Chase Bank, N.A. Before May 1, 2011, Chase Home Finance LLC was a limited liability company whose only member was Chase Home Finance, Inc., which was a wholly owned subsidiary of JPMorgan Chase Bank, N.A.

| | |
|---|---|
| Date: August 21, 2013 | **JPMORGAN CHASE BANK, N.A., FOR ITSELF AND AS SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC,** |
| | By:   /s/ Andrew D. LeMar<br>      One of their attorneys |
| | Andrew D. LeMar<br>Burke, Warren, MacKay & Serritella, P.C.<br>330 North Wabash Avenue, 22nd Floor<br>Chicago, Illinois 60611-3607<br>Telephone: (312) 840-7000<br>Facsimile: (312) 840-7900 |

**CERTIFICATE OF SERVICE**

On August 21, 2013, the undersigned caused the foregoing Disclosure Statement to be filed electronically with the Northern District of Illinois, and served upon the following parties via the Court's CM/ECF system:

>Janet Phongsa  
>6908 N. Ridge Blvd.  
>Chicago, IL 60645  
>
>Innocent Obi  
>P.O. Box 490122  
>Chicago, Illinois 60649

On August 21, 2013, the undersigned caused the foregoing Disclosure Statement to be served upon the parties listed below via first class U.S. mail, postage prepaid:

>Janet Phongsa  
>6908 N. Ridge Blvd.  
>Chicago, IL 60645  
>
>Innocent Obi  
>P.O. Box 490122  
>Chicago, Illinois 60649

      /s/ William Daitsman  
      William Daitsman

1479224.1